THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEONARDO SALEMI, Appellant.

Argued February 25, 1955; decided March 11, 1955.

*Jacob Shientag* and *Rudolph Stand* for appellant.

*Frank S. Hogan, District Attorney (Charles W. Manning* and *Richard G. Denzer* of counsel), for respondent.

Order affirmed, upon the ground that *coram nobis* does not lie. This determination is made without prejudice to an application for a new trial in respect to the dying declaration. No opinion.

Concur: CONWAY, Ch. J., DYE, FULD, FROESSEL and BURKE, JJ. DESMOND and VAN VOORHIS, JJ., dissent upon the ground that they are of the opinion that *coram nobis* should lie under these circumstances in a capital case.